# `UNITED STATES NAVY–MARINE CORPS COURT OF CRIMINAL APPEALS

_____

## No. 201800003

_____

## UNITED STATES OF AMERICA
Appellee

v.

## TYLER B. PAXTON
Lance Corporal (E-3), U.S. Marine Corps
Appellant

_____

Appeal from the United States Navy-Marine Corps Trial Judiciary

Military Judge: Commander Shane E. Johnson, JAGC, USN.
Convening Authority: Commanding Officer, 12th Marine Regiment, 3D Marine Division (-) (REIN), Marine Corps Base, Kaneohe Bay, HI.
Staff Judge Advocate's Recommendation: Major Adam J. Workman, USMC.
For Appellant: Captain Kimberly D. Hinson, JAGC, USN.
For Appellee: Brian K. Keller, Esq.

_____

Decided 15 May 2018

_____

Before MARKS, JONES, and WOODARD, _Appellate Military Judges_

_____

After careful consideration of the record, submitted without assignment of error, we affirm the findings and sentence as approved by the convening authority. Art. 66(c), Uniform Code of Military Justice, 10 U.S.C. § 866(c).

For the Court



R.H. TROIDL
Clerk of Court